**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
YASMIN A. BECKFORD            )
12001 Old Columbia Pike       )
Silver Spring, MD 20904       )
                              )
            Plaintiff,        )
                              )
      v.                      )    Civil Action No. 06-1342(ESH)
                              )
HENRY M. PAULSON, JR.,        )
Secretary of the Treasury     )
1111 Constitution Ave., N.W.  )
Washington, D.C. 20224        )
                              )
            Defendant.        )
                              )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

```
              ____/s/_____
              DIANE M. SULLIVAN
              Assistant United States Attorney
              555 Fourth Street, N.W.
              Civil Division
              Washington, D.C.  20530
              (202) 514-7205
```