# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YASMIN A. BECKFORD**,<br><br>    Plaintiff,<br><br>v.<br><br>**HENRY M. PAULSON, JR.,**<br>**SECRETARY OF THE TREASURY**<br><br>    Defendant. | Civil Action No. 06-1342 (ESH) |

## AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Yasmin A. Beckford in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 6418 on July 28, 2006 to: the United States Attorney, 950 Pennsylvania Avenue, N.W., Washington, DC, 20530. Signed receipt of the Complaint and Summons was made on August 1, 2006. Copies of the certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

___09/22/06_____                              _____/s_____
Dated                                                 Camilla C. McKinney, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2006, I caused a true and correct copy of the foregoing Affidavit for Return of Service to be served electronically to:

Diane M. Sullivan
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC  20530

                                                      _____/s_____
                                                      Camilla C. McKinney