**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20530    Beckford

| | |
|---|---|
| Postage $ | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $5.60 |

Postmark: ARLINGTON VA 22216, CRYSTAL CITY, 07/28/2006

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Kenneth Wainstein, US Atty
Street, Apt. No.; or PO Box No.
555 Fourth Street, NW
City, State, ZIP+4
Washington, DC 20530-0001

PS Form 3800, February 2000    See Reverse for Instructions

7099 3400 0018 3588 6425

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth Wainstein, US Atty
555 Fourth Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  AUG 01

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0018 3588 6425

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540