**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20224        Beckford

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Postmark Here — 07/28/2006

Recipient's Name *(Please Print Clearly) (to be completed by mailer)*
Henry M. Paulson, JR, Secretary Trea
Street, Apt. No.; or PO Box No.
1111 Constitution Ave, NW
City, State, ZIP+4
Washington DC 20224

PS Form 3800, February 2000        See Reverse for Instructions

7099 3400 0018 3590 8448

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry M. Paulson, Jr.
Secretary of the Treasury
1111 Constitution Ave, NW
Washington, DC 20224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M. Midleton        ☐ Agent   ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
AUG - 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Transfer from service label)*
7099 3400 0018 3590 8448

PS Form 3811, February 2004        Domestic Return Receipt        Beckford        102595-02-M-1540