## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YASMIN A. BECKFORD          )
                           )
              Plaintiff,    )
                           )
        v.                  )        Civil Action No. 06-1342(ESH)
                           )
HENRY M. PAULSON, JR.,      )
Secretary of the Treasury   )
                           )
              Defendant.    )
                           )
_____)

### CONSENT MOTION OF AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file an answer to the complaint up to and including October 12, 2006.

Counsel for the defendant forwarded the Complaint to the named defendant, the Department of Treasury, which is the parent agency of the Internal Revenue Service (IRS). IRS is the real party in interest here. Once counsel recognized that IRS had not been contacted, she forwarded the complaint to IRS. IRS will not be able to provide defense counsel with a litigation report and the records until October 5, 2006. Counsel will need several days to review the files before filing of an answer. Counsel for the defendant apologizes for this oversight.

Counsel for the plaintiff graciously consents to this request for an extension.

Wherefore, it is respectfully requested that the defendant

have up to and including October 12, 2006 to answer the
complaint.

                          Respectfully submitted,

                          __/s/_____
                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                          United States Attorney


                          __/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney


                          __/s/_____
                          DIANE M. SULLIVAN, D. C. BAR # 12765
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 Fourth Street, N.W.
                          Room E4919
                          Washington, D.C. 20530
                          (202) 514-7205