```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

YASMIN A. BECKFORD              )
                                )
          Plaintiff,            )
                                )
     v.                         )    Civil Action No. 06-1342(ESH)
                                )
HENRY M. PAULSON, JR.,          )
Secretary of the Treasury       )
                                )
          Defendant.            )
                                )
_____ )
```

### ORDER

Upon consideration of the parties' Joint Local Rule 16.3 Report, and the entire record herein, it is hereby ORDERED that:

1. Discovery will close on _____.

2. Plaintiff's Rule 26(a)(2) report will be due on _____. Defendant's Rule 26(a)(2) report will be due on _____.

3. The parties shall be limited to 10 depositions and 30 interrogatories per side, although one or both parties may seek leave from the Court to increase this limit at a future time.

4. The parties shall file dispositive motions within forty-five (45) days after the close of liability discovery, any Oppositions shall be filed forty-five (45) days thereafter; and any Replies filed fifteen (15) days thereafter.

It is so ORDERED this _____ day of _____, 2006.

```
                              _____
                              United States District Judge
```