UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**YASMIN A. BECKFORD**                  )
                                        )
            Plaintiff,   )
                                        ) Civil Action No. 06-1342 (ESH)
   v.                                  )
                                        )
**HENRY M. PAULSON, JR.,**              )
**SECRETARY OF THE TREASURY**           )
                                        )
           Defendant.    )
_____)

**JOINT MOTION TO ENLARGE THE DISCOVERY PERIOD**

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and Local Rule 16.4, the parties, having conferred, jointly file this motion to modify the discovery deadline in this case. In support thereof, the parties state the following:

The current deadline for discovery is May 15, 2007. The parties propose to extend the discovery period an additional 76 days until July 30, 2007. The parties seek this enlargement of the discovery period to have additional and sufficient time in which to complete written discovery and to take depositions. Specifically, discovery on Plaintiff's compensatory damages has taken longer than anticipated. Plaintiff must obtain medical documents from her health care providers and obtaining this documentation has taken longer than expected. Additionally, Plaintiff anticipates introducing an expert witness to provide testimony concerning her compensatory damages. However, the expert retained by Plaintiff was unavailable during much of February 2007 and unable to complete her report by the March 1, 2007 deadline in the scheduling order.

Accordingly, the extension requested by this motion is necessary to complete discovery in this case. The parties do not believe that the additional time will cause any prejudice or unnecessary delay of the case.

In addition to an enlargement of the discovery period until July 30, 2007, the parties also request that the scheduling order be modified and that the time for Plaintiff to produce an expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B) be enlarged from March 1, 2007 to April 16, 2007; and the time for Defendant to provide its report be extended until June 15, 2007.

The parties, therefore, respectfully request that the Court modify the November 3, 2006 Scheduling Order in accordance with the aforementioned proposed dates.

Dated: February 28, 2007                        Respectfully submitted,

_____
JEFFREY A TAYLOR, DC Bar No.: 498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar No.:434122
Assistant United States Attorney


_____
DIANE M. SULLIVAN, DC Bar No.: 12763
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Counsel for Defendant


_____/s_____
Camilla C. McKinney, Esq., D.C. Bar No. 448776
Law Offices of Camilla C McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**YASMIN A. BECKFORD**              )
                                    )
            Plaintiff,              )
                                    ) Civil Action No. 06-1342 (ESH)
        v.                          )
                                    )
**HENRY M. PAULSON, JR.,**          )
**SECRETARY OF THE TREASURY**       )
                                    )
            Defendant.              )
_____)

**ORDER**

Upon consideration of the parties' Joint Motion to Enlarge the Discovery Period, and the entire record herein, it is hereby ORDERED that the Scheduling Order in this case be modified and that Plaintiff have until April 16, 2007 to produce an expert report pursuant to Fed. R. Civ. P. 26(a)(2)(B); that Defendant have until June 15, 2007 to produce its report and that the parties have until July 30, 2007 to complete discovery in this case.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge