# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YASMIN A. BECKFORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1342(ESH) |
| | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary of the Treasury | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Defendant Henry M. Paulson, Jr., Secretary of the Treasury, and Plaintiff Yasmin A. Beckford, by and through her undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b)(1), hereby respectfully move to extend the discovery period by ninety days, through and including October 31, 2007. The discovery period ends July 30, 2007. There is a status conference set for August 3, 2007 at 9:45 a.m.

The parties request this enlargement of discovery because the parties need additional time in which to complete written discovery and to take depositions. Discovery has not been completed because the parties have encountered difficulties with the scheduling of depositions due to the unavailability of witnesses over the summer months. Further, the parties need additional time to complete discovery regarding expert witnesses and to produce expert witness reports. These circumstances make it necessary for parties to request an extension of discovery.

Wherefore, parties move for an extension of the discovery period for ninety days or until October 31, 2007.

Respectfully submitted,

_____
JEFFREY A TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7205

Counsel for Defendant




_____/s_____
Camilla C. McKinney, Esq.
D.C. Bar No. 448776
McKinney & Associates, PLLC
1100   Fifteenth   Street,   N.W.,   Suite   300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YASMIN A. BECKFORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1342(ESH) |
| | ) | |
| HENRY M. PAULSON, JR., | ) | |
| Secretary of the Treasury | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the Parties' Joint Motion to Extend the Discovery Period until October 31, 2007, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that parties shall have until October 31, 2007, to complete discovery.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge