UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YASMIN A. BECKFORD )
)
      Plaintiff, )
)
v. )  Civil Action No. 06-1342(ESH)
)
HENRY M. PAULSON, JR., )
Secretary of the Treasury )
)
      Defendant. )
)
_____)

## JOINT MOTION FOR AN ENLARGEMENT OF TIME

The parties, pursuant to rule 6(b)(1) of the Federal rules of Civil Procedure, move the Court for an enlargement of time to complete discovery up to and including February 28, 2008.

The parties have almost completed extensive written discovery. The depositions of Mr. Terrance Lutes and the plaintiff are scheduled for November 13 and 15, 2007, respectively. Mr. Lutes is the alleged discriminating official. He is no longer employed by the agency and is a CEO of an international company. He is frequently out of the country for weeks at a time. This has complicated scheduling depositions. In addition, there is at least one other potential witness who is retired. Counsel anticipates several other depositions, including experts.

Because of their conflicting schedules, the intervening

holidays, and the availability of witnesses, counsel do not believe that all the discovery can be completed before the end of February. Counsel for the defendant has had an unusually heavy schedule in the Court of Appeals this fall and will be out of the office from December 6-12, 2007 in California due to a serious illness in the family. Plaintiff's counsel has also had a heavy schedule in other, unrelated matters before this Court, and requests this enlargement of discovery in order to continue with the discovery process which is still incomplete. Both parties have served written discovery requests and but need time to depose witnesses.

The parties have cooperated throughout this litigation and do not believe they will need additional time to complete discovery beyond February 2008.

Wherefore, it is respectfully requested that the parties have up to and including February 28, 2008 to complete discovery.

Respectfully submitted,

_/s/_ *Camilla C. McKinney*
CAMILLA C. McKINNEY, Esq.
D.C. Bar No. 448776
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W.
Suite 300
Washington, D.C. 20005
(202) 861-2934

Attorneys for Plaintiff

_/s/_ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_ *Diane M. Sullivan*
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Attorneys for Defendant

3