UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YASMIN A. BECKFORD )
)
        Plaintiff, )
)
        v. )  Civil Action No. 06-1342(ESH)
)
HENRY M. PAULSON, JR., )
Secretary of the Treasury )
)
        Defendant. )
_____)

### ORDER

Upon consideration of defendant's motion to compel the production of records concerning the plaintiff maintained by the Peace Corps and the plaintiff's opposition thereto, it is this 16 day of May, 2008 hereby

ORDERED, that the Peace Corps shall produce any and all records maintained in its system of records pertaining to any and all EEO complaints involving Yasmine Beckford; and further

ORDERED, that the Peace Corps shall produce any and all records maintained in its system of records relating to any investigations pertaining to allegations made by plaintiff or allegations against plaintiff; and further

ORDERED, that copies of all said records will be provided to counsel for the parties herein, Diane M. Sullivan (or her designee), counsel for Defendant, U.S. Attorney's Office, Civil Division, 555 4th Street, NW, Washington, DC 20530, and Camilla McKinney (or her designee), counsel for Plaintiff, 1100 15th Street, NW, Suite 300, Washington, DC 20005, within 10 days of

this Order.

_____
UNITED STATES DISTRICT COURT JUDGE