```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

YASMIN A. BECKFORD             )
                               )
         Plaintiff,            )
                               )
    v.                         )    Civil Action No. 06-1342(ESH)
                               )
HENRY M. PAULSON, JR.,         )
Secretary of the Treasury      )
                               )
         Defendant.            )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves to extend discovery up to and including November 5, 2008.

The parties had tentatively scheduled depositions in July, 2008. However, counsel for the defendant, who had well over fifteen depositions scheduled in July in other cases, had a death in the family and was out of the city for an extended period. Attempts to reschedule the depositions in this case during August and September were unsuccessful due to conflicting schedules and, in large part to the unavailability of plaintiff's expert who was out of the country for much of August.

Counsel have conferred and have tentatively scheduled the remaining depositions for the week of October 20, 2008.

Counsel for plaintiff consents to this request.

Wherefore, it is respectfully requested that the parties have up to and including November 5, 2008 to complete discovery.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205